IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| | ) | |
| Michel Yansel Castillo Fornaris | ) | |
| Petitioner(s) | ) | |
| | ) | |
| v. | ) | CIV-26-1493-HE |
| | ) | |
| | ) | |
| | ) | |
| Warden Diamondback Correctional Facility et al) | | |
| Respondent(s) | ) | |

June 23, 2026

Enter Order:

In accordance with 28 U.S.C. §636, this matter is hereby referred to Magistrate Judge Amanda L. Maxfield for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON

JOAN KANE, CLERK

by: s/ A. Wallace
Deputy Court Clerk

*Revised 01/03/2022 kmt*