**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

**MIGUEL YANSEL CASTILLO FORNARIS,**

**Petitioner,**

**v.**

**FRED FIGUEROA, et al.,**

**Respondents.**

**Case No. CIV-26-1493-HE**

# ORDER

The operative petition lists four grounds for relief:

1. "Unlawful Post-Removal-Order detention in Violation of Due Process (no significant likelihood of removal)," in which Petitioner asserts a violation of *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001). (Doc. 6, at 7).

2. "Unlawful Re-Detention Without Proper Revocation of Supervision (Violation of Agency Regulations and Due Process)," where Petitioner asserts his order of supervision was not properly revoked. (*Id.*)

3. "Arbitrary and Capricious Detention Based on Post-Hoc Justification," in which Petitioner asserts he was not provided with a reason for his detention contemporaneously with being taken into ICE custody. (*Id.*)

4. "Failure to Demonstrate a Significant Likelihood of Removal in the Reasonably Foreseeable Future," in which Petitioner asserts: (1) ICE transported him to the Mexican border without travel documents or proof that Mexico would accept him, and (2) Mexico did not accept him. (*Id.* at 8).

The Response in Opposition to the Petition for Writ of Habeas Corpus argues only that Petitioner had not been detained longer than six months since he was most-recently taken

into ICE custody. (Doc. 11). Thus, Respondents did not address all of Petitioner's arguments.

The undersigned also needs more information to make a recommendation regarding the disposition of the petition. **Respondents are therefore ORDERED to provide the following information in a supplemental brief, on or before October 13, 2026:**

- **An accounting of all time Petitioner was detained by ICE after his order of removal became administratively final.**
- **Evidence, if any exists, as to the likelihood of Petitioner's removal from the United States in the reasonably foreseeable future.**
- **Evidence, if any exists, as to whether Petitioner's release was properly revoked and whether the revocation followed applicable regulations with regard to the notice given to Petitioner and whether Petitioner was afforded an interview.**

Respondents may make additional argument related to these topics. **Petitioner may file an optional reply to the supplemental brief within 14 days after the supplemental brief is filed.**

IT IS SO ORDERED this 6th day of October, 2026.

Amanda L. Maxfield
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE